UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| BRETTA SCHMIDT,<br><br>　Plaintiff,<br><br>vs.<br><br>DALE L. RUSSELL,<br><br>　Defendant. | Case No.: 2:20-cv-207-REP<br><br>**ORDER OF DISMISSAL** |

This matter having come before the Court upon the parties' Stipulation for Dismissal With Prejudice (Dkt. 48), pursuant to FRCP 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Court being duly advised,

　IT IS HEREBY ORDERED that this action is DISMISSED, WITH PREJUDICE, each party to pay its own attorneys' fees and costs.  The Clerk's Office is directed to close the case.

DATED:  March 17, 2022

_____
Honorable Raymond E. Patricco
United States Magistrate Judge

**ORDER OF DISMISSAL - 1**